ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569
    Facsimile: (213) 894-7177
    E-mail: Victor.Rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$45,852.00 IN U.S. CURRENCY,<br><br>        Defendant.<br><br>NAVASARD PETROSYAN and ANDRANIK PETROSIAN,<br><br>        Claimants. | No. CV 07-8260-SVW(AJWx)<br><br>**CONSENT JUDGMENT OF FORFEITURE**<br><br>[This Proposed Consent Judgment Is Not Dispositive Of This Entire Action] |

On or about December 20, 2007, Plaintiff United States of America ("the government," "the United States of America" or "plaintiff") filed a Complaint for Forfeiture alleging that the

defendant $45,852.00 in U.S. Currency (the "defendant currency") is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) & (C).

Claimant Navasard Petrosyan ("Navasard") filed a verified claim to $25,852.00 of the defendant currency on or about January 30, 2008 and an answer to the Complaint on or about February 15, 2008.  (The $25,852.00 claimed by Navasard is hereinafter referred to as the "Navasard-claimed defendant currency").  Claimant Andranik Petrosian filed a verified claim to $20,000.00 of the defendant currency on or about March 21, 2008.  No other parties have appeared in this case and the time for filing claims and answers has expired.

The government and Navasard have now agreed to settle this action relative to the disputes between them with respect to the Navasard-claimed defendant currency and to avoid further litigation by entering into this Consent Judgment of Forfeiture.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.   As between the United States of America and Navasard, this Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture with respect to the Navasard-claimed defendant currency.

2.   As between the United States of America and Navasard, the Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(A) & (C) with respect to the Navasard-claimed defendant currency.

3. Notice of this action has been given as required by law. No appearances have been made in the litigation by any person with respect to the Navasard-claimed defendant currency other than Navasard. The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true with respect to the Navasard-claimed defendant currency.

4. The Navasard-claimed defendant currency, plus the interest earned by the United States of America on the Navasard-claimed defendant currency shall be condemned and forfeited to the United States of America, which shall dispose of those funds in accordance with law.

5. Navasard hereby releases the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Federal Bureau of Investigation or the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6. As between the United States of America and Navasard, the Court finds that there was reasonable cause for the seizure of the Navasard-claimed defendant currency and institution of

these proceedings with respect to the Navasard-claimed defendant currency.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465 as between the United States of America and Navasard with respect to the Navasard-claimed defendant currency

    7.   The Court further funds that Navasard did not substantially prevail in this action, and the parties hereto shall bear their own attorney fees and costs.

Dated: May 1, 2014

                                      *[signature]*
                                    THE HONORABLE STEPHEN V. WILSON
                                    UNITED STATES DISTRICT JUDGE

these proceedings with respect to the Navasard-claimed defendant currency.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465 as between the United States of America and Navasard with respect to the Navasard-claimed defendant currency

    7.   The Court further funds that Navasard did not substantially prevail in this action, and the parties hereto shall bear their own attorney fees and costs.

Dated: May 1, 2014

*[signature: Stephen V. Wilson]*

THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

<u>CONSENT</u>

The parties hereto consent to the above judgment and waive any right to appeal this consent judgment.

| | |
|---|---|
| Dated: May 1, 2014 | ANDRÉ BIROTTE JR.<br>United States Attorney<br>ROBERT E. DUGDALE<br>Assistant United states Attorney<br>Chief, Criminal Division<br>STEVEN R. WELK<br>Assistant United States Attorney<br>Chief, Asset Forfeiture Section |
| | /s/ Victor A. Rodgers<br>VICTOR A. RODGERS<br>Assistant United States Attorney |
| | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |
| Dated: April 2, 2014 | FEDERIC J. WARNER<br>A PROFESSIONAL CORPORATION |
| | /s/ Federic J. Warner<br>FEDERIC J. WARNER |
| | Attorneys for Claimant<br>NAVASARD PETROSYAN |